IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRIDGETTE SILVAS | § § § | |
| v | § | CIVIL ACTION NO. 4:18-cv-01371 |
| | § | |
| STOCKSTILL TRUCKING, INC. AND JERRY LOUIS HUNT | § § § | |

**ORDER GRANTING DEFENDANT STOCKSTILL EXPEDITED, INC.'S AMENDED UNOPPOSED MOTION FOR LEAVE TO FILE ITS FIRST AMENDED ANSWER TO PLAINTIFF'S ORIGINAL PETITION**

After considering Defendant Stockstill's Motion for Leave to File a first Amended Answer to Plaintiff's Original Petition, the Court finds that the Motion should be, and is hereby, GRANTED.

It is HEREBY ORDERED that Defendant Stockstill is granted leave to file its First Amended Answer to Plaintiff's Original Petition.

SIGNED this 31st day of December, 2018.

_____
United States District Judge